# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WARKANESKI BRANDON SCOTT

NO. 2023 KW 0047

**MARCH 27, 2023**

---

In Re:   Warkaneski Brandon Scott, applying for supervisory
         writs, 32nd Judicial District Court, Parish of
         Terrebonne, No. 693109.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED.** This court denied relief in **State v. Scott,**
2022-0547 (La. App. 1st Cir. 8/12/22), 2022 WL 3336476 on August
12, 2022.

**JMG**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

---
DEPUTY CLERK OF COURT
      FOR THE COURT